Thomas Wang
Ashburn & Mason P.C.
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
Tel: (907) 276-4331
Fax: (907) 277-8235
thomas@anchorlaw.com

*Attorneys for Defendants Leventhal Lewis Kuhn Taylor Swan, P.C., Michael Kuhn, Andrew Swan, Rabea Taylor, Sean Leventhal, Nick Temming, Paul Lewis and Leventhal Swan Taylor Temming, P.C.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| KRISTOFFER JENSEN AND AMANDA LANCASER,<br><br>Plaintiffs,<br><br>v.<br>LEVENTHAL LEWIS KUHN TAYLOR SWAN, P.C., MICHAEL KUHN, ANDREW SWAN, RABEA TAYLOR, SEAN LEVENTHAL, NICK TEMMING, PAUL LEWIS, LEVENTHAL SWAN TAYLOR TEMMING, P.C.<br><br>Defendants. | Case No. 3:25-cv-00072-HRH<br><br>**[UNSWORN] DECLARATION OF THOMAS V. WANG IN SUPPORT OF OPPOSITION TO MOTION TO REMAND** |

I, Thomas V. Wang, declare as follows:

1. I am a shareholder at the firm of Ashburn & Mason.

2. One of my clients was Leventhal Lewis Kuhn Taylor Swan, PC the corporate predecessor or Leventhal Swan Taylor Temming PC (the "Firm").

*DECLARATION OF THOMAS V. WANG*
Case No. 3:25-cv-00072-HRH

3. My understanding is that Plaintiffs, Jensen and Lancaster, were previously employed at the law offices of Blake Fulton Quackenbush.

4. At some point in 2023 the Firm and Plaintiffs entered into negotiations and ultimately decided to open an Alaska office of the Firm. Neither I nor Benjamin Farkash, then an associate at Ashburn & Mason, were involved in the initial negotiations between Plaintiffs and the Firm. Mr. Farkash and I made no representations to Plaintiffs regarding how the venture between Plaintiffs and the Firm would function, resources that would be provided by the Firm, or the like. I did not review the agreements between Jensen, Lancaster, and the Firm or participate in structuring the business terms.

5. My representation of the Firm began during the time that Jensen and Lancaster transitioned from being employed by the law offices of Blake Fulton Quackenbush to being contractors for the Firm.

6. All work performed by Mr. Farkash on behalf of the Firm was under my supervision and at my direction and control. Our work was focused on separating Jensen and Lancaster from the Quackenbush firm and coordinating (or attempting to coordinate) communications to clients.

7. In approximately August of 2023, after a brief and tumultuous joint venture the parties separated. I did send one communication to Jensen and Lancaster urging them to negotiate with the Firm to reach agreement as to the unresolved

*DECLARATION OF THOMAS V. WANG*
Case No. 3:25-cv-00072-HRH

entanglements arising from their separation, which Jensen and Lancaster wholly ignored.

8. My understanding is that in October of 2023 the Firm filed a complaint against Jensen and Lancaster in Colorado regarding actions Plaintiffs took during and after the joint venture. Mr. Farkash and I did not represent the Firm or otherwise participate in the Colorado proceedings.

9. After the Firm obtained a sizeable judgment against Jensen and Lancaster in Colorado, Mr. Farkash and I domesticated the Colorado judgment here in Alaska.

10. Jensen and Lancaster filed a complaint against the Firm and its shareholders in the Superior Court of Alaska which was removed to this Court. I continue to represent the Firm in this case.

11. Earlier this year Mr. Farkash resigned his position with Ashburn & Mason and has moved out of state.

12. At no point during my representation of the Firm was I given authority to direct the Firm's finances. I do not have the ability or authority to direct payments, payroll or the like. Neither I nor Mr. Farkash have ever had such authority over the Firm's resources.

13. Mr. Farkash and I never entered into any contracts with Jensen and Lancaster. Mr. Farkash and I were not part of the joint venture between the parties or

*Declaration of Thomas V. Wang*
Case No. 3:25-cv-00072-HRH

Page 3 of 5

EXHIBIT A
Case 3:25-cv-00072-HRH   Document 20-1   Filed 07/07/25   Page 3 of 5
Page 3 of 5

agreed to employ Jensen and Lancaster in any capacity. Our only involvement was limited to serving as counsel for the Firm.

14. At no point did I or Mr. Farkash send any written materials such as a bar complaint/grievance to the Alaska Bar Association, the United States Air Force, or the Municipality of Anchorage regarding Jensen and Lancaster.

By:_____
       Thomas V. Wang

SUBSCRIBED AND SWORN to before me this July 7, 2025.

_____
NOTARY PUBLIC in and for Alaska
My Commission Expires: _____

ASHBURN & MASON P.C.
LAWYERS
1227 WEST 9TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TEL 907.276.4331 • FAX 907.277.8235

*DECLARATION OF THOMAS V. WANG*
Case No. 3:25-cv-00072-HRH

Page 4 of 5

**EXHIBIT A**
**Page 4 of 5**

Case 3:25-cv-00072-HRH    Document 20-1    Filed 07/07/25    Page 4 of 5

## CERTIFICATE OF SERVICE

I certify that on DATE, 2025, a copy of the foregoing was served upon all registered case users by the CM/ECF system.

ASHBURN & MASON

By: s/*Maarit Cain*
 Maarit Cain

*DECLARATION OF THOMAS V. WANG*
Case No. 3:25-cv-00072-HRH