# ATTORNEY GRIEVANCE FORM
## Alaska Bar Association

ABA File No. 20_____D_____
(ABA Use Only)

1. _____
   Your Name

   _____
   Mailing Address

   _____
   City          State          ZIP

   _____
   Phone Number (Daytime)

   _____
   Email

   _____
   ABA Date Rec'd Stamp

2. _____
   Attorney Name

   _____
   Mailing Address

   _____
   City          State          ZIP

   _____
   Phone Number (Daytime)

3. I am the: (check one)

   Client

   Opposing party

   Opposing attorney

   Judicial officer

   Another person with knowledge of attorney's conduct

ATTORNEY GRIEVANCE FORM                                    Page 1 of 6

**USE ADDITIONAL PAGES IF EXTRA SPACE NEEDED.**
*Please do not write on the back side of this form.  Thank you.*

**EXHIBIT B**

4. **IF YOU ARE A CLIENT:**

   a. I hired this attorney on: _____
                                         (Date)

   in _____.
           (City)                    (State)

   b. I asked this attorney to perform the following legal services for me:




   c. I signed a written fee agreement:  (check one)   Yes      No
      *(If yes, please attach a copy)*

   d. This grievance is related to the following court case:

      _____
      (Case Name)                                  (Case Number)


5. **IF YOU ARE SOMEONE OTHER THAN THE CLIENT:**

   a. I was (or am) involved in the following legal or other matter with this attorney:




ATTORNEY GRIEVANCE FORM                                    Page 2 of 6

**USE ADDITIONAL PAGES IF EXTRA SPACE NEEDED.**
*Please do not write on the back side of this form.  Thank you.*

b. My first contact with this attorney in this matter was

on: _____ in _____.
       (Date)                  (City)    (State)

c. This grievance is related to the following court case:

_____
(Case Name)                               (Case Number)

6. I complain about the following things this attorney did or didn't do:
   ① *Please be as clear and concise as possible.*
   ② *Attach additional pages if needed* ③ *Do not write on the back side of this form.*

7. Attached are copies of letters, court papers or other documents <u>in my possession</u> which help explain this complaint:
   *(Please list what you have attached)   (Attach additional pages if needed)*

   1.                         5.

   2.                         6.

   3.                         7.

   4.                         8.

**USE ADDITIONAL PAGES IF EXTRA SPACE NEEDED.**
*Please do not write on the back side of this form.  Thank you.*

**EXHIBIT B**
Case 3:25-cv-00072-HRH   Document 20-2   Filed 07/07/25   Page 3 of 6   **Page 3 of 6**

8. The following is a list of letters, court papers or other documents <u>not in my possession</u> which help explain this complaint:
   *(Please list what you have attached)   (Attach additional pages if needed)*

   1.                                    5.

   2.                                    6.

   3.                                    7.

   4.                                    8.

9. The following persons have information concerning this grievance:
   *(Attach additional pages if needed)*

   _____
   Name

   _____
   Mailing Address

   _____
   City           State          ZIP

   _____
   Phone Number (Daytime)

   This person can provide the following information:

ATTORNEY GRIEVANCE FORM                                        Page 4 of 6

**USE ADDITIONAL PAGES IF EXTRA SPACE NEEDED.**
*Please do not write on the back side of this form.  Thank you.*

_____
Name

_____
Mailing Address

_____
City            State           ZIP

_____
Phone Number (Daytime)

This person can provide the following information:

10. **IF YOU ARE A CLIENT OR PERSON LEGALLY OBLIGATED TO PAY THE ATTORNEY:**

    a. I have filed a Petition For Arbitration Of Fee Dispute concerning this attorney: (check one)    Yes        No
    Filed:_____    ABA No: _____
              (Date)

    b. I have filed a civil law suit against this attorney: (check one)
           Yes        No

    Filed: _____    Case No: _____
              (Date)

11. *I understand that, under the Alaska Bar Rules adopted by the Alaska Supreme Court, I and other persons contacted during the course of a grievance investigation have a duty to maintain the confidentiality of the investigation prior to the initiation of formal proceedings.*
    *I also understand that it will be regarded as a contempt of the Supreme Court to breach this confidentiality in any way; although I also understand it is not a breach of confidentiality for me or a person contacted to consult with an attorney.*

ATTORNEY GRIEVANCE FORM                                    Page 5 of 6

**USE ADDITIONAL PAGES IF EXTRA SPACE NEEDED.**
*Please do not write on the back side of this form.  Thank you.*

12. I have made a copy of this Attorney Grievance Form and any attachments for my own use.

13. I have reviewed the Bar's information on ethical grievances against attorneys which provides answers to common questions about the attorney discipline process.      Yes      No
    If I have other questions, I may contact the Bar Association.

14. PLEASE RETURN THIS ATTORNEY GRIEVANCE FORM AND ATTACHMENTS TO:

    Bar Counsel
    Alaska Bar Association
    840 K Street, Suite 100
    Anchorage, AK 99501

15. **PLEASE DATE AND SIGN THIS ATTORNEY GRIEVANCE FORM BELOW. GRIEVANCES WHICH ARE NOT SIGNED, ARE UNCLEAR/ INCOMPLETE OR PRINTED DOUBLE SIDED WILL BE RETURNED FOR APPROPRIATE COMPLETION.**

## VERIFICATION

**I have reviewed this Attorney Grievance Form and the information I have provided is true and correct to the best of my knowledge and belief.**

DATE: _____ SIGNED: _____
                                    * Complainant

*****PLEASE SUBMIT YOUR ORIGINAL ATTORNEY GRIEVANCE FORM WITH YOUR ORIGINAL SIGNATURE. PLEASE DO NOT SUBMIT DOUBLE SIDED DOCUMENTS.**

**THE ALASKA BAR ASSOCIATION CANNOT ACCEPT A COPY, EMAIL, OR FAX OF YOUR ATTORNEY GRIEVANCE FORM.**

**PLEASE KEEP A COPY OF EVERYTHING YOU SUBMIT TO OUR OFFICE FOR YOURSELF.**

| USE ADDITIONAL PAGES IF EXTRA SPACE NEEDED. |
| --- |
| *Please do not write on the back side of this form.  Thank you.* |