| | |
|---|---|
| COURT OF APPEALS, STATE OF COLORADO<br>2 East 14th Avenue<br>Denver, Colorado 80203<br><br>Appeal from the District Court, El Paso County<br>Case No. 23CV32027<br>Judge Eric Bentley | DATE FILED<br>November 8, 2024 11:09 AM<br>FILING ID: 7561EA09D33BD<br>CASE NUMBER: 2023CV32027 |
| Defendants-Appellants: **KRISTOFFER ODIN JENSEN, an individual, and AMANDA MICHELLE LANCASTER, an individual,**<br><br>v.<br><br>Plaintiff-Appellee: **LEVENTHAL LEWIS KUHN TAYLOR SWAN PC, a Colorado professional corporation** | ▲COURT USE ONLY▲ |
| *Attorneys for Defendants-Appellants*:<br>Jeffrey A. Springer, Atty. No. 6793<br>Joel A. Richardson, Atty. No. 36805<br>Springer and Steinberg, P.C.<br>1400 S. Colorado Boulevard, Suite 500<br>Denver, CO 80222<br>jspringer@springersteinberg.com<br>jrichardson@springersteinberg.com<br>(303) 861-2800 Work | Case Number: |
| **NOTICE OF APPEAL** | |

1. **Trial Court Information**

    A. COURT: District

    B. COUNTY: El Paso County

C. JUDGE'S NAME: The Honorable Eric Bentley

D. PARTY INITIATING THE APPEAL: Defendants, Kristoffer Odin Jensen & Amanda Michelle Lancaster.

E. TRIAL COURT CASE NUMBERS: 23CV32027

2. **Description and Nature of Case and Disposition in Trial Court**

A. NATURE OF CASE: Breach of contract.

This matter involves a failed business arrangement between Leventhal Lewis Kuhn Taylor Swan, PC ("Plaintiff" or "the Firm") and Kristoffer Odin Jensen ("Jensen") and Amanda Michelle Lancaster ("Lancaster" and collectively with Jensen "Defendants") regarding the opening and operation of a law firm in Anchorage, Alaska. Defendants have at all times been citizens and residents of Alaska. Plaintiff is a law firm in Colorado Springs, Colorado. Plaintiff filed the subject Complaint in El Paso County District Court, asserting eleven causes of action: 1) Civil Theft, 2) Conversion, 3) Unjust Enrichment, 4) Constructive Fraud, 5) Civil Conspiracy, 6) Violation of the Colorado Organized Crime Control Act ("COCCA"), 7) Breach of the Duty of Loyalty, 8) Misappropriation of Business Advantage, 9) Breach of Contract, 10) Declaratory Relief, and 11) Accounting.

Defendants deny the allegations and Plaintiff's claimed damages, and Defendants maintain that the El Paso County District Court lacked personal jurisdiction over Defendants. Plaintiff's claims arose from actions allegedly undertaken in the State of Alaska. The facts otherwise reflect a lack of contact with the state of Colorado to support personal jurisdiction. During the brief business relationship, Defendants represented only Alaska clients in Alaska courts, and all of the claimed unpaid attorney fees were earned in Alaska. Alleged purchases and expenses for the fledgling business were paid for and/or incurred in Alaska.

Further, the district court entered default judgment against Deefndants despite their clear intent to defend against the claims and meritorious defenses presented to the Court in their Motion to Dismiss filed on December 22, 2023. The trial court denied the Motion to Dismiss on February 1, 2024, and Defendants, out-of-state parties, believed they had 35 days from service of the Court's Order denying their Rule 12 Motion pursuant to the Summons. When Defendants did not answer within 14 days under Colorado's C.R.C.P. 5 and 12, the court entered default. Defendants moved to set aside the entry of default which was denied. The trial court set an evidentiary hearing on damages for September 20, 2024, but denied Defendants, Alaska residents, the opportunity to testify remotely. In entering default judgment on September 20, 2024, the trial court awarded all

3

EXHIBIT C
Case 3:25-cv-00072-HRH   Document 20-3   Filed 07/07/25   Page 3 of 8
Page 3 of 8

damages claimed by Plaintiff, including damages not contemplated in the Complaint. The trial court then penalized Defendants under Colorado's civil theft statute and COCCA by trebling the damages awarded against these non-resident Defendants who were denied any opportunity to substantively respond.

This appeal follows.

B. JUDGMENT OR ORDER BEING APPEALED AND JURISDICTION: Defendants appeal the District Court's Judgment of September 20, 2024, as well as the Court's interim Orders leading up to the Judgment, including the February 1, 2024, Order re Defendants' Motion to Dismiss. The appellate court has jurisdiction over this appeal as of right pursuant to C.A.R. 3.

C. WHETHER THE JUDGMENT OR ORDER RESOLVED ALL ISSUES PENDING BEFORE TRIAL COURT, INCLUDING ATTORNEYS FEES AND COSTS:

The Judgment and Orders resolved all issues pending before the trial court.

D. WHETHER THE JUDGMENT WAS MADE FINAL FOR PURPOSES OF APPEAL PURSUANT TO C.R.C.P. 54(b): The judgment was not made final under C.R.C.P. 54(b).

E.　DATE JUDGMENT OR ORDER WAS ENTERED AND MAILED TO COUNSEL: September 20, 2024.

F.　WHETHER EXTENSION WAS GRANTED TO FILE MOTION(S) FOR POST-TRIAL RELIEF: Neither party filed a request for extension to file Motions for Post-Trial Relief.

G.　WHETHER MOTION(S) FOR POST-TRIAL RELIEF WERE FILED: Neither party filed a Motion for Relief Pursuant to C.R.C.P. 59.

H.　DATE MOTIONS FOR POST-TRIAL RELIEF WERE DENIED: Not applicable

I.　WHETHER THERE WERE ANY EXTENSIONS GRANTED TO FILE ANY NOTICES OF APPEAL: No such extensions have been requested or granted.

**3.　Advisory Listing of Issues**

A.　Whether the trial court erred by exercising personal jurisdiction over Defendants, Alaska residents, whose alleged tortious acts, if any, occurred only in the state of Alaska

B.　Whether the trial court erred by upholding the entry of default against Defendants despite their presentation of meritorious defenses and otherwise excusable neglect in failing to meet Colorado's statutory deadlines and

5

Case 3:25-cv-00072-HRH   Document 20-3   Filed 07/07/25   Page 5 of 8

EXHIBIT C
Page 5 of 8

Defendants had "otherwise defended" the action pursuant to C.R.C.P. 55.

    C.    Whether the trial court erred by entering default Judgment against Defendants, including a treble damages penalty, without the opportunity to meaningfully participate in a hearing on damages or otherwise address the unsupported damages awarded without legal basis.

**4. Whether A Transcript of Evidence is Necessary**

A transcript of the hearing held on September 20, 2024, is necessary.

**5. Whether the order on review was issued by a magistrate where consent was necessary.**

The order on review was not issued by a magistrate.

**6. Attorney Information**

Attorneys for Defendants/Appellants:

Jeffrey A. Springer, #6793
Joel A. Richardson, #36805
SPRINGER & STEINBERG, P.C.
1400 S. Colorado Boulevard, Suite 500
Denver, CO 80222
303.861.2800
jspringer@springersteinberg.com
jrichardson@springersteinberg.com

Attorneys for Plaintiff/Appellee:

Jonathan Helfgott, #50354

6

Case 3:25-cv-00072-HRH   Document 20-3   Filed 07/07/25   Page 6 of 8

EXHIBIT C
Page 6 of 8

LAHTI HELFGOTT LLC
1580 Logan Street, Floor 6
Denver, Colorado 80203
Telephone: (303) 376-6160
Email: jhelfgott@lhlitigation.com

Michael D. Kuhn, #42784
Andrew E. Swan, #46665
LEVENTHAL | LEWIS
KUHN TAYLOR SWAN PC
24 South Weber Street, Suite 205
Colorado Springs, Colorado 80903
Telephone: (719) 694-3000
Email: mkuhn@ll.law
 aswan@ll.law

**7.      Appendices to this Notice of Appeal**

Attached to this Notice of Appeal are copies of the following:

    A. Order: [Proposed] Judgment entered September 20, 2024.

    B. Order re Defendants' Motion to Dismiss entered February 1, 2024.


Respectfully submitted this 8th day of November 2024.


                                                          */s/ Joel A. Richardson*
                                                          Joel A. Richardson, #36805
                                                          *Counsel for Defendants-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November 2024, a true and correct copy of the foregoing **NOTICE OF APPEAL** was electronically served upon the following via ICCES:

Jonathan Helfgott, #50354
LAHTI HELFGOTT LLC
1580 Logan Street, Floor 6
Denver, Colorado 80203
Telephone: (303) 376-6160
Email: jhelfgott@lhlitigation.com

Michael D. Kuhn, #42784
Andrew E. Swan, #46665
LEVENTHAL | LEWIS
KUHN TAYLOR SWAN PC
24 South Weber Street, Suite 205
Colorado Springs, Colorado 80903
Telephone: (719) 694-3000
Email: mkuhn@ll.law
  aswan@ll.law

 

*/s/ Joel A. Richardson*
Joel A. Richardson, #36805
*Counsel for Defendants-Appellants*